UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00064-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR HUGO ROMO ROMO,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, March 5, 2012** and responses to these motions shall be filed by **Monday March 19, 2012.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, April 16, 2012 at 9:00 a.m. in courtroom A-1002.**

Dated: February 17, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE